_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:23-cv-01265-FWS-DFM                                    Date: September 25, 2023
Title: Bohbot LLC v. Entrepreneur Consulting Services, LLC

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS): ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION**

Jurisdiction in this action is alleged on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332.  However, it appears the court may lack subject matter jurisdiction because the Complaint may not adequately allege the citizenship of all artificial entities.  (*See* Dkt. 1.)

Diversity jurisdiction requires complete diversity between the parties and that the amount in controversy exceeds $75,000.  *See Strawbridge v. Curtiss*, 7 U.S. (3 Cranch) 267, 267 (1806); 28 U.S.C. § 1332(a).  In the case of a partnership, limited liability company, or other unincorporated association, the court must consider the citizenship of each of the partners, including limited partners, or members.  The citizenship of each of the entity's partners or members must therefore be alleged.  *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195-96 (1990); *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  Where a party is joined as a corporation, the complaint must allege both its respective state(s) of incorporation and principal place of business.  28 U.S.C. § 1332(c); *Harris v. Rand*, 682 F.3d 846, 850 (9th Cir. 2012).

Here, the Complaint alleges Plaintiff Bohbot, LLC, is a New York limited liability company with its principal place of business in New York, while Defendant Entrepreneur Consulting Services, LLC is a California limited liability company with its principal place of business in California.  (Dkt. 1 ¶¶ 3-4.)  The citizenships of their members, however, are not

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.: 8:23-cv-01265-FWS-DFM | Date: September 25, 2023 |
| Title: Bohbot LLC v. Entrepreneur Consulting Services, LLC | |

alleged.  Accordingly, it appears complete diversity of the parties is inadequately alleged.  *See Johnson*, 437 F.3d at 899.

     Accordingly, the court **ORDERS** Defendants to show cause in writing no later than **October 3, 2023**, why this action should not be dismissed for lack of subject matter jurisdiction.  Failure to respond by the above date will result in the Court dismissing this action.  *See* Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.").

___